# EXHIBIT E

True Supporting Letter (Left) side-by-side with forged Supporting Letter (Right)

