## **EXHIBIT F**

The Fake 2017 License Agreement

## AGREEMENT

This Agreement (this "Agreement") is made as of March 21, 2017 ("Effective Date") by and between Sunomix Therapeutics, Inc. ("Sunomix"), located at 3525 Del Mar Heights, Suite 1037, San Diego, CA 92130 and Alpha-O Peptides located at Lörracherstrasse 50, 4125 Riehen, Switzerland ("Alpha-O").

Whereas:

Alpha-O owns valuable technology, intellectual property (US8575110, US8546337, EP2766386A1, EP2766386A1, EP17157687.9) and proprietary information related to the design, construction, and bio-production of self-assembling protein nanoparticles (SAPNs).
For this SAPNs HSV herpes vaccine project with Dr Lbachir Benmohamed at UCI Alpha-O is willing to work exclusively with Sunomix and to transfer the technology for the bio-production of such SAPN-based HSV-vaccines.
Alpha-O will provide Sunomix at least 2 mg of pure protein of two SAPN-constructs.
Sunomix will use the bio-production protocol provided by Alpha-O to generate nine similar HSV-SAPN constructs.
Sunomix will be responsible to deliver at least 2 mg of pure SAPN-protein of eleven constructs (ten vaccine constructs and one negative control) to the laboratory of Dr. Lbachir Benmohamed at the University of California, Irvine, to be used for the immunization experiments of the project described in the HSV vaccine grant proposal.

IN WITNESS THEREOF, Alpha-O and Sunomix have caused this Agreement to be executed in duplicate by their respective authorized representatives.

Sunomix Therapeutics                    Alpha-O Peptides AG

By: _____            By: _____

Name: Mohammed Bouziane                Name:  Peter Burkhard
Title:   CEO                           Title: CEO
Date:   March, 18, 2017                Date: March 18, 2017