# **EXHIBIT G**

The declaration of the fake CSO of Sunomix in proposal for award 1R01AI150091 (pages 11, 61, and 73).



The declaration of the fake CSO of Sunomix in proposal for award 1R01AI158060 (pages 15, 93, and 107).

Contact PD/PI: BENMOHAMED, LBACHIR

| PROFILE - Senior/Key Person | | | |
|---|---|---|---|
| Prefix: | First Name*: Peter    Middle Name | Last Name*: Burkhard | Suffix: |
| Position/Title*: | Chief Scientific Officer | | |
| Organization Name*: | Sunomix Therapeutics | | |
| Department: | | | |
| Division: | | | |
| Street1*: | 3210 Merryfield Row | | |
| Street2: | | | |
| City*: | San Diego | | |
| County: | | | |
| State*: | CA: California | | |
| Province: | | | |
| Country*: | USA: UNITED STATES | | |
| Zip / Postal Code*: | 92130-5602 | | |
| Phone Number*: 858-829-6063 | | Fax Number: 858-900-5059 | |
| E-Mail*: pburkhard@sunomixtherapeutics.com | | | |
| Credential, e.g., agency login: PETERBURKHARD | | | |
| Project Role*: Other (Specify) | | Other Project Role Category: Consortium PI | |
| Degree Type: Ph.D. | | Degree Year: 1995 | |
| Attach Biographical Sketch*: | File Name: | 2__Burkhard_Bio1013860968.pdf | |
| Attach Current & Pending Support: | File Name: | | |

Contact PD/PI: BENMOHAMED, LBACHIR

**BUDGET JUSTIFICATION Sunomix Therapeutics, San Diego, CA**
**UCI Grant R01 Titled: Developing a Multi-epitope Pan-Coronavirus Vaccine**
**UCI PI: Dr Lbachir Benmohamed**

**Year 1: $114,545.00 Direct Cost + $11,455.00 Indirect Cost (10%) Total Cost $126,000.00**
**Year 2: $114,545.00 Direct Cost + $11,455.00 Indirect Cost (10%) Total Cost $126,000.00**

**We are requesting a total cost budget over 2 years duration of $ 252,000.00**

**Year 1: $114,545.00 Direct Cost + $11,455.00 Indirect Cost (10%) Total Cost $126,000.00**

**PERSONNEL:**

**Peter Burkhard**, Ph. D.          **Consortium PI**          **<0.1 Calendar Months**

Dr. Burkhard, a specialist in SAPNs nanoparticles will devote effort as needed will help design and produce SAPN-based vaccines as described in this proposal.

### INVESTIGATORS

This application gathers a multidisciplinary team of ten top scientists and clinicians who have complementary expertise in different areas of vaccine development. These include: (**1**) The Principal Investigator (Dr. Lbachir BenMohamed, UC Irvine), an immune-virologist and vaccinologist with over 30 years of experience in the area of viral infection/immunity and vaccine development; (**2**) A virologist and a world authority in Coronavirus infections (Dr. Michael Buchmeier, UC Irvine). Dr. Buchmeier brings to the project more than 35 years of experience with the Coronaviruses including SARS-CoV. We expect the daily interaction between Dr. BenMohamed, an immunologist, and Dr. Buchmeier, a Coronavirus expert and an active co-investigator on this vaccine to speed analyzing and correlating the immunological and virological results (both labs are located side-by-side at UC Irvine). Dr. Buchmeier has published a number of seminal discoveries on SARS-CoV infections[146-152]. (**3**) An expert in clinical infectious diseases (Dr. Anthony B. Nesburn, UC Irvine); (**4**) A biostatistician (Dr. Christine McLaren, UC Irvine); (**5**) An expert in inflammation and cytokine storm (Dr. Eric Pearlman, Director, UC Irvine Institute for Immunology); (**6**) An expert in advanced microscopic imaging (Dr. James V. Jester, UC Irvine); (**7**) An expert in SAPNs-based vaccine design and production (Dr. Peter Burkhard, Sunomix Therapeutics, Inc., San Diego). The collaborative project also includes three physicians and clinicians, (**8**) Dr. Donald Forthal; (**9**) Dr. Sebastian Schubl, and (**10**) Dr. Lanny Hsieh all located at UCI's COVID-19 Research Biobank and Biorepository, that help identify COVID-19 patients.