# **EXHIBIT H**

Biographical Sketch of BenMohamed in proposal 1R01AI150091 declaring BenMohamed to be a scientist at Sunomix.

Contact PD/PI: BENMOHAMED, LBACHIR

OMB No. 0925-0001/0002 (Rev. 08/12 Approved Through 8/31/2015)

## BIOGRAPHICAL SKETCH

NAME: Lbachir BenMohamed

eRA COMMONS USER NAME: Lbenmohamed

POSITION TITLE: **Professor of Immunology**

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | COMPLET DATE | FIELD OF STUDY |
|---|---|---|---|
| University Paris VII, Paris, France | B.S. | 06/1990 | Biochemistry |
| Pasteur Institute, Paris, France | M.S. | 06/1991 | Immuno-parasitology |
| Pasteur Institute & University Paris VII, Paris, France | Ph.D. | 03/1997 | Immunology |
| City of Hope National Medical Center, Duarte, CA | Post. Doc. | 12/1998 | Viral Immunology |
| Beckman Research Institute of Immunology, CA | Post. Doc. | 12/2000 | T cell Immunology |

### A. Personal Statement:

The goal of this R01 proposal entitled "***A Novel Prime/Pull Therapeutic Vaccine to Prevent Recurrent Genital Herpes***" is to develop a novel and powerful T cell-based immunotherapeutic vaccine with the potential to produce a sustained clinical response to recurrent genital herpetic disease.

I am the principal investigator on this proposal and I am responsible for its conception and in coordinating the collaboration with 6 other co-investigators and collaborators (see list below).

I will supervise the data collection and analysis and I will be involved in the data reporting. I have the expertise, leadership, and motivation to successfully carry out the proposed work. I have been a principal investigator on successfully carried out several NIH R01 grant projects. I have worked on cellular and molecular immunology of infectious diseases for over 25 years, beginning as a graduate and post doc at the Pasteur Institute (France). My lab has been at the forefront of genital herpes immunology and immunotherapeutic vaccine research for 15 years and is internationally recognized as a leader in that field. I have published over 100 peer-reviewed papers, the majority in high impact journals, including *Nature Medicine, The Journal of Immunology, Mucosal Immunology*, and *The Journal of Virology*.

As an expert in genital herpes infection and mucosal immunity, I have gathered a multidisciplinary team that includes six top basic scientists in the following fields (all at UCI): (**1**) Microscopy (Dr. James V. Jester), (**2**) Mathematical modeling (Dr. Elizabeth Read), (**3**) Biostatistics (Dr. Christine McLaren), (**4**) Single-cell transcriptional profiling specialist (Dr. Melanie Oakes), (**5**) Bioinformaticist (Dr. Jenny Wu); T cell immunity and T-cell based vaccines (Dr. Rafi Ahmed).

This multidisciplinary team of leading researchers will fundamentally improve existing concepts of genital herpes infection and immunity to develop a therapeutic vaccine against recurrent herpes in the in the 6255 625; model.

### B. Positions and Honors:

**Positions and Employment:**

| | |
|---|---|
| 1998-1999 | Post Doc, Dept. of Hematology/Bone Marrow transp., City of Hope Medical Center, CA. |
| 1999-2000 | Research Fellow: Dept. of Immunology. Beckman Research Institute, City of Hope, CA, |
| 2001-2002 | Scientist. Ophthalmology Research. Cedars-Sinai Medical Center, Los Angeles, CA. |
| 2002-2007 | Assistant Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA |
| 2007-2014 | Associate Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA |
| 2014-present | Full Professor & Director Cellular & Molecular Immunology Laboratory, UC Irvine, Irvine, CA |

Biosketches    Page 14

Contact PD/PI: BENMOHAMED, LBACHIR

OMB No. 0925-0001/0002 (Rev. 08/12 Approved Through 8/31/2015)

2016-present   Scientist Immunologist, Sunomix Therapeutics, Inc., San Diego, CA

Biographical Sketch of BenMohamed in proposal 1R01AI158060 declaring BenMohamed to be a scientist at Sunomix.

Contact PD/PI: BENMOHAMED, LBACHIR

**BIOGRAPHICAL SKETCH**

NAME: Lbachir BenMohamed

eRA COMMONS USER NAME: Lbenmohamed

POSITION TITLE: Professor of Immunology

EDUCATION/TRAINING

| INSTITUTION AND LOCATION | DEGREE | COMPLET DATE | FIELD OF STUDY |
|---|---|---|---|
| University Paris VII, Paris, France | B.S. | 06/1990 | Biochemistry |
| Pasteur Institute, Paris, France | M.S. | 06/1991 | Immuno-parasitology |
| Pasteur Institute & University Paris VII, Paris, France | Ph.D. | 03/1997 | Immunology |
| City of Hope National Medical Center, Duarte, CA | Post. Doc. | 12/1998 | Viral Immunology |
| Beckman Research Institute of Immunology, CA | Post. Doc. | 12/2000 | T cell Immunology |

**A. Personal Statement:**
The goals of this R01 grant application entitled *"Developing a Multi-epitope, Pan-Coronavirus Vaccine"* are to design, produce, and preclinically test the multi-epitope pan-Coronavirus vaccine candidates (designated as Pan-CoV vaccines), delivered mucosally using a self-assembling protein nanoparticles (SAPNs) Ag delivery platform.

I am an immunologist and virologist that graduated from Pasteur Institute, Paris, France, with a strong career focus on vaccine development for viruses. I will bring to the project more than 30 years of experience in cellular and molecular immune responses to infectious viral pathogens. I have authored more than 100 peer-reviewed papers on immunology, virology and vaccine development.

For over 20 years, I am the founder and the head of Cellular and Molecular Immunology Laboratory at UC Irvine, which has been working on viral infection, immunity and vaccine development projects. Our team is recognized as a world leader in the fields of herpes T cell immunity, memory T cells and T-cell based herpes vaccines and immunotherapies. We pioneered "asymptomatic" viral epitope mappings for both $CD4^+$ and $CD8^+$ T cells and the identification of inflammasomes pathways associated with inflammatory responses induced by virulent and non-virulent strains of herpes virus in human and animal models.

I have the expertise, leadership, and motivation to successfully carry out the proposed work. I have been the PI on successfully carried out NIH R21, R03 and R01 grant projects. I have worked on cellular and molecular immunology of infectious diseases for over 25 years, beginning as a graduate and post doc at the Pasteur Institute (France). I have devoted more than 20 years to understanding basic mechanisms of epitope mapping, antigen recognition and immune responses, measuring immune activity, and developing disease intervention strategies against many viral infection and disease. I have published over 100 peer-reviewed publications, most in herpes immunology, including papers in *Nature Medicine, The Journal of Virology, The Journal of Immunology, Mucosal Immunology, Vaccine, Human Immunology* and *Investigative in Ophthalmology and Visual Sciences.*

For this project, I have gathered <u>a multidisciplinary team of 9 additional top basic scientists and clinicians</u> with complementary expertise required for completion of this vaccine project. These include <u>Dr. Buchmeier brings to the project more than 35 years of experience with the Coronaviruses including SARS-CoV</u> (*see Investigators section*).

Biosketches                              Page 16

---

Contact PD/PI: BENMOHAMED, LBACHIR

**B. Positions and Honors:**

**Positions and Employment:**
1998-1999   Post Doc, Dept. of Hematology/Bone Marrow transp., City of Hope Medical Center, CA.
1999-2000   Research Fellow: Dept. of Immunology. Beckman Research Institute, City of Hope, CA,
2001-2002   Scientist. Ophthalmology Research. Cedars-Sinai Medical Center, Los Angeles, CA.
2002-2007   Assistant Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA
2007-2014   Associate Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA
2014-present Full Professor & Director Cellular & Molecular Immunology Laboratory, UC Irvine, Irvine, CA
==2016-present Scientist Immunologist, Sunomix Therapeutics, Inc., San Diego, CA==

Biographical Sketch of BenMohamed in proposal 5R21AI147499 declaring BenMohamed to be a scientist at Sunomix (page 15).

Contact PD/PI: BENMOHAMED, LBACHIR

OMB No. 0925-0001/0002 (Rev. 08/12 Approved Through 8/31/2015)

| | |
|---|---|
| 2001-2002 | Scientist. Ophthalmology Research. Cedars-Sinai Medical Center, Los Angeles, CA. |
| 2002-2007 | Assistant Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA |
| 2007-2014 | Associate Professor and Director Cellular Mol. Immunology Laboratory, UC Irvine, Irvine, CA |
| 2014-present | Full Professor & Director Cellular & Molecular Immunology Laboratory, UC Irvine, Irvine, CA |
| 2016-present | Scientist Immunologist, Sunomix Therapeutics, Inc., San Diego, CA |