# **EXHIBIT I**

Sunomix website as of September 2020 (Technology)

