# **EXHIBIT J**

The extortion e-mail from April 18, 2022

From: "Dr M. Bouziane" <mbouziane@hotmail.com>
Subject: Fwd: next steps
Date: 18 April 2022 at 05:58:26 CEST
To: Peter Burkhard AOPeptides <peter.burkhard@aopeptides.ch>

FYI
**Subject: Re: next steps**

Please tell Peter that UCI and BenMohamed are considering filling a Lawsuit of defamation of Character in Germany, Switzerland and in USA

Tell him that he might be arrested the next time he comes to USA because he insulted officially USA and the US Gouvernment in this emails by saying United Stated are encouraging criminal activities. He will need to explain what he means with this in front of a judge and he will need to pay millions in damage.

I am not taking this lightly

Either he needs to apologize officially and abandon this non sense route he is taking or he will pay huge price and he might be arrested. The lawyer is asking when the next time he is planning to visit the United States

The e-mail with the confirmation and reiteration of Bouziane that UCI will file a lawsuit

From: "Dr M. Bouziane" <mbouziane@hotmail.com>
Subject: Re: next steps
Date: 18 April 2022 at 20:19:17 CEST
To: Burkhard AOPeptides <peter.burkhard@aopeptides.ch>

I think they will file it. Not sure about the French part:)