# **EXHIBIT O**

E-mail from March 21, 2019 to BenMohamed with confidential SAPN design as trade secret.



Hi Lbachir,

I will try to provide you with legends, annotations and explanations during this weekend. It's not that difficult to understand (I hope) if you just have them side by side and a little text to explain. In the attachment the three different particles are displayed side by side (monomer on top, particle at the bottom).

I will further comment and explain in the next couple days.

Best regards, Pete

**Peter Burkhard, PhD**
**CEO**
Alpha-O Peptides AG
Lörracherstrasse 50
4125 Riehen, Switzerland
Phone:  +49 173 510 6736
E-mail:  peter.burkhard@aopeptides.ch
Web:     www.aopeptides.com



*This communication, including any attachments, is intended solely for the use of the addressee and may contain information which is privileged, confidential, exempt from disclosure under applicable law or subject to copyright. If you are not an intended recipient, any use, disclosure, distribution, reproduction, review or copying is unauthorized and may be unlawful. If you have received this transmission in error, please notify the sender immediately. Thank you.*

