Chad M. Mandell CSB# 272775
**THE LAW OFFICE OF CHAD M. MANDELL**
16311 Ventura Boulevard, Suite 1200
Encino, California 91436-2152
Telephone: (310) 595-6368
Email: ChadMandell@Mandell-Law.com

Counsel for ALPHA-O PEPTIDES AG and PETER BURKHARD, PH. D, Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA O PEPTDIES AG, a Swiss limited company, PETER BURKHARD, PH.D., an individual<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust, SUNOMIX THERAPEUTICS, entity form unknown, LBACHIR BENMOHAMED, PH.D, an individual, MOHAMED BOUZIANE, an individual, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01758-JVS-ADS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

WHEREAS, this action was commenced on September 19, 2023 by the filing of the Complaint;

WHEREAS, Plaintiffs Alpha O Peptdies AG and Peter Burkhard (collectively, "Plaintiffs") have engaged in meet and confer efforts with defendants The Regents of the University of California, Sunomix Therapeutics, Lbachir Benmohamed, and Mohammed Bouziane (collectively, "Defendants") regarding each of the Defendants' respective responses to the Complaint;

WHEREAS, pursuant to the parties' meet and confer efforts, Plaintiffs agree to dismiss this action in its entirety without prejudice;

WHEREAS, Defendants agree that 28 U.S.C. § 1367(d) applies to Plaintiffs' Complaint to toll the statute of limitations when the Complaint was filed for the state law claims plead in the Complaint, and that the statute of limitations for those state law claims will remain tolled for 30 days following dismissal;

THE PARTIES HEREBY STIPULATE that:

1.  this lawsuit and all claims therein be dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(A)(ii), each party to bear its own fees and costs;

2.  28 U.S.C. § 1367(d) applies to Plaintiffs' Complaint to toll the statute of limitations when the Complaint was filed for the state law claims plead in the Complaint, and that the statute of limitations for those state law claims will remain tolled for 30 days following dismissal. Nothing in this stipulation shall preclude any

defendant from asserting a statute of limitations defense against any claim (based on state law or otherwise) for which the statute of limitations expired prior to Plaintiffs' filing of the Complaint on September 19, 2023.

IT IS SO STIPULATED.

Dated:  January 23, 2024          Respectfully submitted,


By:  /s/ *Ryan J. Marton*
          Ryan J. Marton

Carolyn Chang (SBN 217933)
carolyn@martonribera.com
Ryan J. Marton (SBN 223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:  415.360.2514

Attorneys for Defendants,
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and LBACHIR BENMOHAMED


By:       /s/ *Chad M. Mandell*
          Chad M. Mandell (Cal. Bar. No. 272775)

THE LAW OFFICE OF CHAD M. MANDELL
16350 Ventura Boulevard, Suite D-807
Encino, CA 91436
Telephone:  (310) 595-6368
chadmandell@mandell-law.com

Franklin S. Abrams Ph.D. (*pro hac* forthcoming)
HOFFMAN WARNICK, LLC
540 Broadway, 4th Floor
Albany, NY 12207
Telephone:  (518) 334-6310
fabrams@hoffmanwarnick.com

Attorneys for Plaintiffs,
ALPHA O PEPTIDES, AG and PETER BURKHARD, PH.D

By:     /s/ *Andrew Galvin*
        Andrew Galvin

Eric J. Beste (SBN 226089)
eric.beste@btlaw.com
Andrew J. Galvin (SBN 261925)
Andrew.galvin@btlaw.com
BARNES & THORNBURG LLP
655 W. Broadway Ave, Suite 1300
San Diego, CA 92101
Telephone: 619-331-5000

Attorneys for Defendants,
SUNOMIX THERAPEUTICS and
MOHAMMED BOUZIANE

– 5 –

# **CERTIFICATE OF SERVICE**

    I hereby certify that on January 23, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via e-mail and the Court's e-filing system.

Date: January 23, 2024                        By:  */s/ Chad M. Mandell*