Case 8:23-cv-01758-JVS-ADS   Document 28   Filed 01/24/24   Page 1 of 6   Page ID #:770

AO 120 (Rev. 08/10)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court **of California** on the following

☐ Trademarks or   ☑ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>SACV 23-1758-JVS-ADSx | DATE FILED<br>09/19/2023 | U.S. DISTRICT COURT<br>of California |
|---|---|---|
| **PLAINTIFF**<br>ALPHA-O PEPTIDES AG, a Swiss limited company,<br>PETER BURKHARD, PH.D., an individual | | **DEFENDANT**<br>REGENTS OF THE UNIVERSITY OF CALIFORNIA ON BEHALF OF THE UNIVERSITY OF CALIFORNIA – IRVINE; SUNOMIX THERAPEUTICS; LBACHIR BENMOHAMED, PH.D; MOHAMMED BOUZIANE, PH.D |

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  8,575,110 | 11/04/2013 | Alpha O'Peptides AG |
| 2  8,546,337 | 10/01/2013 | Alpha O'Peptides AG |
| 3  10,245,318 | 04/02/2019 | Alpha O'Peptides AG |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| PATENT OR TRADEMARK NO. | DATE OF PATENT OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| Stipulation to Dismiss Case filed 1/24/2024.  MD-6.  Case Terminated. |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Brian D. Karth | Evelyn Synagogue | 01/24/2024 |

**Copy 1**—Upon initiation of action, mail this copy to Director     **Copy 3**—Upon termination of action, mail this copy to Director
**Copy 2**—Upon filing document adding patent(s), mail this copy to Director    **Copy 4**—Case file copy

Print     Save As...     Reset

Chad M. Mandell CSB# 272775
**THE LAW OFFICE OF CHAD M. MANDELL**
16311 Ventura Boulevard, Suite 1200
Encino, California 91436-2152
Telephone: (310) 595-6368
Email: ChadMandell@Mandell-Law.com

Counsel for ALPHA-O PEPTIDES AG and PETER BURKHARD, PH. D, Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALPHA O PEPTDIES AG, a Swiss limited company, PETER BURKHARD, PH.D., an individual<br><br>Plaintiffs,<br><br>vs.<br><br>THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, a public trust, SUNOMIX THERAPEUTICS, entity form unknown, LBACHIR BENMOHAMED, PH.D, an individual, MOHAMED BOUZIANE, an individual, and DOES 1 THROUGH 50, inclusive,<br><br>Defendants. | Case No.: 8:23-cv-01758-JVS-ADS<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE** |

– 1 –
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 8:23-CV-01758-JVS-ADS

– 2 –

WHEREAS, this action was commenced on September 19, 2023 by the filing of the Complaint;

WHEREAS, Plaintiffs Alpha O Peptdies AG and Peter Burkhard (collectively, "Plaintiffs") have engaged in meet and confer efforts with defendants The Regents of the University of California, Sunomix Therapeutics, Lbachir Benmohamed, and Mohammed Bouziane (collectively, "Defendants") regarding each of the Defendants' respective responses to the Complaint;

WHEREAS, pursuant to the parties' meet and confer efforts, Plaintiffs agree to dismiss this action in its entirety without prejudice;

WHEREAS, Defendants agree that 28 U.S.C. § 1367(d) applies to Plaintiffs' Complaint to toll the statute of limitations when the Complaint was filed for the state law claims plead in the Complaint, and that the statute of limitations for those state law claims will remain tolled for 30 days following dismissal;

THE PARTIES HEREBY STIPULATE that:

1.   this lawsuit and all claims therein be dismissed WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(A)(ii), each party to bear its own fees and costs;

2.   28 U.S.C. § 1367(d) applies to Plaintiffs' Complaint to toll the statute of limitations when the Complaint was filed for the state law claims plead in the Complaint, and that the statute of limitations for those state law claims will remain tolled for 30 days following dismissal.  Nothing in this stipulation shall preclude any

defendant from asserting a statute of limitations defense against any claim (based on state law or otherwise) for which the statute of limitations expired prior to Plaintiffs' filing of the Complaint on September 19, 2023.

IT IS SO STIPULATED.

Dated:  January 23, 2024          Respectfully submitted,


By:  /s/ *Ryan J. Marton*
         Ryan J. Marton

Carolyn Chang (SBN 217933)
carolyn@martonribera.com
Ryan J. Marton (SBN 223979)
ryan@martonribera.com
MARTON RIBERA SCHUMANN & CHANG LLP
548 Market Street, Suite 36117
San Francisco, CA 94104
Telephone:  415.360.2514

Attorneys for Defendants,
THE REGENTS OF THE UNIVERSITY OF CALIFORNIA and LBACHIR BENMOHAMED


By:       /s/ *Chad M. Mandell*
         Chad M. Mandell (Cal. Bar. No. 272775)

THE LAW OFFICE OF CHAD M. MANDELL
16350 Ventura Boulevard, Suite D-807
Encino, CA 91436
Telephone:  (310) 595-6368
chadmandell@mandell-law.com

Franklin S. Abrams Ph.D. (*pro hac* forthcoming)
HOFFMAN WARNICK, LLC
540 Broadway, 4th Floor
Albany, NY 12207
Telephone:  (518) 334-6310
fabrams@hoffmanwarnick.com

Attorneys for Plaintiffs,
ALPHA O PEPTIDES, AG and PETER BURKHARD, PH.D

– 3 –

1
2
3   By:    <u>/s/ *Andrew Galvin*</u>
                Andrew Galvin
4
    Eric J. Beste (SBN 226089)
5   eric.beste@btlaw.com
    Andrew J. Galvin (SBN 261925)
6   Andrew.galvin@btlaw.com
    BARNES & THORNBURG LLP
7   655 W. Broadway Ave, Suite 1300
    San Diego, CA 92101
8   Telephone: 619-331-5000

9   Attorneys for Defendants,
    SUNOMIX THERAPEUTICS and
10   MOHAMMED BOUZIANE
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

– 4 –
STIPULATION OF DISMISSAL WITHOUT PREJUDICE
CASE NO. 8:23-CV-01758-JVS-ADS

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2024, I caused a true and correct copy of the foregoing document to be served on all counsel of record for Defendants via e-mail and the Court's e-filing system.

Date: January 23, 2024                    By:  */s/ Chad M. Mandell*